UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Action No. 99-cr-00356-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

TERRY WHITAKER,

       Defendant.

---

## MINUTE ORDER
---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A hearing on Defendant's Supervised Release Violation shall take place on **Wednesday, December 21, 2011, at 2:00 p.m.**, 901 19th Street, Courtroom A1002, Tenth Floor, Denver, Colorado.

    Dated: November 21, 2011